## COX v. REAL ESTATE LICENSING BOARD

No. 295 PC

Case below: 47 NC App 135

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 16 September 1980.

## CRUMPLER v. TURNAGE

No 296 PC

Case below: 47 NC App 374

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 15 August 1980. Appeal dismissed 15 August 1980.

## DANIELS v. HATCHER

No. 271 PC

Case below: 46 NC App 481

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## DEPT. OF TRANSPORTATION v. LANCASTER

No. 351 PC

Case below: 47 NC App 374

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

## EMANUEL v. FELLOWS

No. 289 PC

Case below: 47 NC App 340

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.